UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUKUN DANG, Petitioner, v. JAMES JANECHA, et al., Respondents. | Case No. 5:26-cv-04173-SSC<br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are enjoined from continuing to detain Petitioner Fukun Dang (A# 201-977-329) unless no later than **August 12, 2026**, she is provided with an individualized bond hearing before a neutral immigration judge in accordance with 8 U.S.C. § 1226(a).
3. The Clerk of Court is directed to close this case.

DATED: August 5, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE